John M. Desmarais (SBN 320875)
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Tamir Packin (SBN 317249)
Carson Olsheski (*pro hac vice* pending)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
212-351-3400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WILSON CHUNG, JAMES HE, AND JEDD WILLIAMS, individuals,<br><br>Defendants. | Case No. 5:19-cv-07562<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT

Case No. 5:19-cv-07562

### CISCO'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15

Pursuant to Civil. L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Cisco Systems, Inc.
- Cisco Technology, Inc.

### CISCO'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cisco Systems, Inc. hereby gives notice that Cisco Systems, Inc. has no parent company, and there is no corporation owning 10% or more of the stock of Cisco Systems, Inc.

Defendant Cisco Technology, Inc. hereby gives notice that Cisco Technology, Inc. is a wholly owned subsidiary of Cisco Systems, Inc.

Dated: November 18, 2019

*/s/ John M. Desmarais*
John M. Desmarais (SBN 320875)
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900
Tamir Packin (SBN 317249)
Carson Olsheski (*pro hac vice* pending)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
212-351-3400

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019, a true and correct copy of the foregoing PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT was served through the Court's ECF system.

*/s/ John M. Desmarais*
John M. Desmarais (SBN 320875)

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT

Case No. 5:19-cv-07562