UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br>　　　　Plaintiffs,<br>　v.<br>WILSON CHUNG, et al.,<br>　　　　Defendants. | Case No. 19-cv-07562-PJH<br><br>**ORDER RE VACATED MARCH 18, 2020 HEARING**<br>Re: Dkt. No. 78 |

The court understands that some of the parties have contacted the courtroom deputy concerning the clerk's notice entered at Docket No. 78. To be clear, the court will not hold a hearing on March 18, 2020.

**IT IS SO ORDERED.**

Dated: March 12, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge