John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Steven M. Balcof (admitted *pro hac vice*)
sbalcof@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
colsheski@desmaraisllp.com
David A. Frey (admitted *pro hac vice*)
dfrey@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>WILSON CHUNG, JAMES HE, JEDD WILLIAMS, and THOMAS PUORRO, individuals, and PLANTRONICS, INC. dba POLY, a Delaware Corporation<br><br>Defendants. | Case No. 4:19-cv-07562-PJH<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' L.R. 7-11 ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO DEFENDANTS' MOTIONS TO STAY DISCOVERY AND FOR A PROTECTIVE ORDER**<br><br>Date:   N/A<br>Time:   N/A<br>Judge:  Hon. Phyllis J. Hamilton |

Upon consideration of all the papers filed in connection Plaintiffs Cisco Systems, Inc. and Cisco Technologies, Inc.'s (collectively, "Cisco") Administrative Motion for Leave to File Supplemental Brief in Further Opposition to Defendants' Motions to Stay Discovery and for a Protective Order, IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave is **GRANTED**.

Dated: _____

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES CHIEF DISTRICT JUDGE