McDERMOTT WILL & EMERY LLP
RUSSELL HAYMAN (SBN 110643)
rhayman@mwe.com
JON DEAN (SBN 184972)
jdean@mwe.com
JASON D. STRABO (SBN 246426)
jstrabo@mwe.com
MICHELLE LOWERY (SBN 302882)
mslowery@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

Attorneys for Defendants
PLANTRONICS, INC., THOMAS PUORRO
AND JEDD WILLIAMS

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WILSON CHUNG, JAMES HE, JEDD WILLIAMS, and THOMAS PUORRO, individuals, and PLANTRONICS, INC. dba POLY,<br><br>Defendants. | Case No. 4:19-cv-07562-PJH<br><br>**NOTICE OF CHANGE IN COUNSEL** |

PLEASE TAKE NOTICE that Defendant Jedd Williams substitutes Russell Hayman, Jon Dean, Jason D. Strabo and Michelle Lowery of McDermott Will & Emery LLP as counsel of record in place of Alison L. Plessman, Lauren M. Johnson and Sara Banco of Hueston Hennigan LLP.

Pursuant to Local Rule 5-1(c)(2)(C), Alison L. Plessman, Lauren M. Johnson, and Sara Banco, are no longer counsel of record for Defendant Jedd Williams and cease to be involved in this matter. Please remove Alison L. Plessman, Lauren M. Johnson, and Sara Banco from all future mailings, and direct all future mailings to Russell Hayman, Jon Dean, Jason D. Strabo and Michelle Lowery of McDermott Will & Emery LLP, who assume the role as counsel of record.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile or e-mail.

DATED: August 24, 2020   McDERMOTT WILL & EMERY LLP

By: */s/ Jason Strabo*
    Jason D. Strabo
    Russell Hayman
    Jon Dean
    Michelle Lowery
    *Attorneys for Defendants*

DATED: August 24, 2020   HUESTON HENNIGAN LLP

By:/s/ *Alison L. Plessman*
    Alison L. Plessman
    Lauren M. Johnson
    Sara Banco

- 1 -

NOTICE OF CHANGE IN COUNSEL
CASE NO. C-19-07562 PJH

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated:   August 24, 2020                    */s/ Jason Strabo*
                                            Jason Strabo