John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Steven M. Balcof (admitted *pro hac vice*)
sbalcof@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
colsheski@desmaraisllp.com
David A. Frey (admitted *pro hac vice*)
dfrey@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>PLANTRONICS, INC., a Delaware Corporation, WILSON CHUNG, JAMES HE, JEDD WILLIAMS, AND THOMAS PUORRO individuals<br><br>Defendants. | Case No.: 4:19-cv-07562-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**\*\*AS MODIFIED BY THE COURT\*\*** |

1

**JOINT STIPULATION FOR AN EXTENSION OF TIME TO RESPOND DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rule 6-2, Plaintiffs' Cisco Systems, Inc. and Cisco Technology, Inc. ("Cisco") and Defendants Plantronics, Inc., and Thomas Puorro ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

1. Whereas Defendants' filed an Administrative Motion to Seal documents, including a Motion to Strike, Cisco's Trade Secret Disclosure, and other documents on September 10, 2020;

2. Whereas Plaintiffs' Declaration In Support thereof is due on September ~~17~~ 14, 2020;

3. Whereas Cisco contends there is good cause for the relief requested by this stipulation for the reasons set forth in the concurrently filed Declaration of Carson Olsheski (the "Olsheski Declaration") in support of the Joint Stipulation for an Extension of Time to Respond to Defendants' Administrative Motion to File Under Seal;

4. Whereas Defendants have agreed not to oppose, and to stipulate to Cisco's requested extension;

5. Whereas the parties agree that Cisco may have an extension to and including September 21, 2020 to file their declaration in support of Defendants' Administrative Motion to File Under Seal;

6. Whereas this Stipulation is accompanied by the Olsheski Declaration;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel and subject to the Court's approval, that: Plaintiffs' shall now have until September 21, 2020 to file a declaration in support of Defendants' Administrative Motion to File Under Seal.

**IT IS SO STIPULATED**

DATED: September 13, 2020

| | |
|---|---|
| */s/ Carson Olsheski* | */s/ Jason Strabo* |
| Carson Olsheski (admitted *pro hac vice*) | Jon Dean (SBN 184972) |
| colsheski@desmaraisllp.com | jdean@mwe.com |
| DESMARAIS LLP | Russell Hayman (SBN 110643) |
| 230 Park Avenue | rhayman@mwe.com |
| New York, New York 10169 | Jason D. Strabo (SBN 246426) |
| T: 212-351-3400 | jstrabo@mwe.com |
| | Michelle Lowery (SBN 302882) |
| *Attorney for Plaintiffs* | mslowery@mwe.com |
| | McDERMOTT WILL & EMERY LLP |
| | 2049 Century Park East, Suite 3200 |
| | Los Angeles, California 90067 |
| | T: (310) 277-4110 |
| | F: (310) 277-4730 |
| | |
| | *Attorneys for Defendants Plantronics, Inc. and Thomas Puorro* |

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Plaintiffs' shall have until September 21, 2020 to file a declaration in support of Defendants' Administrative Motion to File Under Seal.

Dated: September 15, 2020         /s/ Phyllis J. Hamilton
                                  Hon. Phyllis J. Hamilton
                                  Chief Judge of the United States District Court