John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Steven M. Balcof (admitted *pro hac vice*)
sbalcof@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

*Attorneys for Plaintiffs*

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
1871 The Alameda, Suite 250
San Jose, California 95126
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendant James He*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>WILSON CHUNG, JAMES HE, JEDD WILLIAMS, and THOMAS PUORRO, individuals, and PLANTRONICS, INC. dba POLY, a Delaware Corporation<br><br>Defendants. | Case No. 4:19-cv-07562-PJH<br><br>**STIPULATED INJUNCTION AND [PROPOSED] ORDER** |

Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. (collectively, "Cisco") and Defendant James He, by and through the undersigned counsel, state as follows:

WHEREAS, on November 18, 2019, Cisco filed suit against Mr. He for monetary and injunctive relief for alleged trade secret misappropriation pursuant to the Defend Trade Secrets Act ("DTSA") under 18 U.S.C. § 1836 et seq., and the California Uniform Trade Secrets Act ("CUTSA") under Cal. Civ. Code § 3426 *et seq.*;

WHEREAS, on December 17, 2019, Cisco filed a first amended complaint for trade secret misappropriation against Mr. He and other named defendants, alleging trade secret misappropriation pursuant to the DTSA and CUTSA and seeking monetary and injunctive relief;

WHEREAS, on June 12, 2020, Cisco filed a second amended complaint for trade secret misappropriation against Mr. He and other named defendants, alleging trade secret misappropriation pursuant to the DTSA and CUTSA and seeking monetary and injunctive relief;

WHEREAS, on August 19, 2020, Mr. He filed an answer to Cisco's second amended complaint for trade secret misappropriation and counterclaims, denying Cisco's allegations of trade secret misappropriation;

WHEREAS, Cisco and Mr. He participated in a mediation conference with Magistrate Judge DeMarchi on April 1, 2021;

WHEREAS, Cisco and Mr. He, through their authorized representatives, have reached agreement on the terms of a settlement that they consider to be a just, fair, adequate, and equitable resolution of the disputes between them in this case;

WHEREAS, Cisco and Mr. He agree that "Cisco Confidential Business Information" means confidential information that was developed, created, or discovered by or on behalf of Cisco, which has commercial value in Cisco's business, including software programs and subroutines, source and object code, algorithms, trade secrets, designs, technology, processes, data, techniques, inventions (whether patentable or not), works of authorship, formulas, business and product development plans, customer lists, and other information concerning Cisco's actual or anticipated business, research or development, or which is received in confidence by or for Cisco from any other person;

WHEREAS, Cisco and Mr. He agree that "Employer" means a person or organization that employs Mr. He, or contracts with Mr. He to provide work as an independent contractor, on or after the entry of this Stipulated Injunction, and such person or organization (a) is in a contractual relationship with Cisco, and (b) is authorized by Cisco to use Cisco Confidential Information pursuant to that contractual relationship;

WHEREAS, Cisco and Mr. He have agreed to the entry of this Stipulated Injunction as part of their settlement agreement to resolve their claims against each other in this action, and no admission of liability is made by this Stipulated Injunction.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES THAT THE COURT SHOULD ISSUE AN ORDER AS FOLLOWS:

**INJUNCTIVE RELIEF**

1. Mr. He shall be permanently enjoined and forever prohibited from receiving, using, and/or distributing Cisco Confidential Business Information except under the following conditions.

2. Mr. He may receive or use Cisco Confidential Business Information only if: (1) Cisco provides written consent to Mr. He; or (2) Mr. He receives Cisco Confidential Business Information from or through an Employer, his use of that Cisco Confidential Business Information is within the scope of his employment or contract work for the Employer and solely for Cisco's benefit, and Mr. He's receipt and use of the Cisco Confidential Business Information is subject to the confidentiality terms of his employment or contract with the Employer.

3. The terms of this Stipulated Injunction shall become effective upon entry of an order by the Court ratifying this Stipulated Injunction.

SO ORDERED this _____ day of August, 2021.

_____
United States District Judge

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: August 12, 2021 | | DESMARAIS LLP |
| | | By: /s/ Carson Olsheski |
| | | John M. Desmarais (SBN 320875) |
| | | jdesmarais@desmaraisllp.com |
| | | DESMARAIS LLP |
| | | 101 California Street |
| | | San Francisco, CA 94111 |
| | | (415) 573-1900 |
| | | |
| | | Justin P.D. Wilcox (admitted *pro hac vice*) |
| | | jwilcox@desmaraisllp.com |
| | | Tamir Packin (SBN 317249) |
| | | tpackin@desmaraisllp.com |
| | | Steven M. Balcof (admitted *pro hac vice*) |
| | | sbalcof@desmaraisllp.com |
| | | Carson Olsheski (admitted *pro hac vice*) |
| | | colsheski@desmaraisllp.com |
| | | DESMARAIS LLP |
| | | 230 Park Avenue |
| | | New York, NY 10169 |
| | | (212) 351-3400 |

Dated: August 12, 2021                 By: /s/ Kevin Viau
                                                     Otto O. Lee, Esq.
                                                     Kevin Viau, Esq.
                                                     INTELLECTUAL PROPERTY LAW GROUP LLP
                                                     1871 The Alameda, Suite 250
                                                     San Jose, California 95126
                                                     Telephone: (408) 286-8933
                                                     Facsimile: (408) 286-8932

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N.D. Cal. L.R. 5-1, I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiffs CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC..

Dated: August 12, 2021                 By: /s/ Kevin Viau
                                                     Kevin Viau
                                                     Otto O. Lee
                                                     INTELLECTUAL PROPERTY LAW GROUP LLP
                                                     1871 The Alameda, Suite 250
                                                     San Jose, California 95126
                                                     Telephone: (408) 286-8933
                                                     Facsimile: (408) 286-8932