# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>WILSON CHUNG, JAMES HE, JEDD WILLIAMS, and THOMAS PUORRO, individuals, and PLANTRONICS, INC. dba POLY, a Delaware Corporation<br><br>Defendants. | Case No. 4:19-cv-07562-PJH |

## JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc.'s (collectively, "Cisco") and Defendant Jedd Williams' ("Mr. Williams") confidential settlement agreement (the "Agreement"), Cisco's claims against Mr. Williams in the above-captioned action are dismissed with prejudice.

In accordance with the Agreement, notwithstanding Cisco's dismissals with prejudice as to Mr. Williams, Cisco reserves all rights and claims against Defendants Plantronics, Inc., Wilson Chung, and Thomas Puorro (collectively, the "Remaining Defendants") arising from direct liability for their own acts, conduct, and/or inaction, and arising from indirect liability, vicarious liability, and liability under the doctrine of *respondeat superior* for the acts, conduct, and/or inaction of others. Also in accordance with the Agreement, Cisco's dismissals with prejudice as to Mr. Williams shall have no preclusive effect, whether under the doctrines of collateral estoppel, claim preclusion, res judicata, issue preclusion or otherwise, on Cisco's rights and claims against the Remaining Defendants.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: November 22, 2021

| | |
|---|---|
| */s/ Steven Balcof* | */s/ Jon Dean* |
| Steven Balcof | Jon Dean |
| *Attorneys for Plaintiffs* | *Attorney for Jedd Williams* |
| John M. Desmarais (SBN 320875) | Jon Dean (SBN 184972) |
| jdesmarais@desmaraisllp.com | jdean@mwe.com |
| DESMARAIS LLP | McDERMOTT WILL & EMERY LLP |
| 101 California Street | 2049 Century City Park East, Suite 3200 |
| San Francisco, CA 94111 | Los Angeles, California 90067 |
| (415) 573-1900 | T: (310) 277-4110 |
| | F: (310) 277-4730 |

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Steven M. Balcof (admitted *pro hac vice*)
sbalcof@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

It is so ORDERED:

Dated: November 30, 2021

By: _____
Honorable Phyllis J. Hamilton
United States District Judge



## CERTIFICATE OF CONCURRENCE

I am the ECF user whose ID and password are being used file the Stipulated Voluntary Dismissal and [Proposed] Order. I hereby attest that Jon Dean, counsel for Jedd Williams, has concurred in this filing.

Dated: November 22, 2021                           By:   */s/ Steven Balcof*