EXHIBIT A

John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Steven M. Balcof (admitted *pro hac vice*)
sbalcof@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND

|  |  |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation<br><br>                    Plaintiffs,<br><br>        v.<br><br>WILSON CHUNG, JAMES HE, JEDD WILLIAMS, and THOMAS PUORRO, individuals, and PLANTRONICS, INC. dba POLY, a Delaware Corporation<br><br>                    Defendants. | Case No. 4:19-cv-07562-PJH<br><br>**PLAINTIFFS' CISCO SYSTEMS, INC., AND CISCO TECHNOLOGY, INC.  SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO POLY (NOS. 44-74)** |

1    Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Civil Local Rules,

2 Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. (jointly "Cisco") hereby requests that

3 Defendant Plantronics, Inc. ("Poly") produce the documents and things requested below for

4 inspection, copying, and/or testing, in accordance with the Definitions and Instructions below.  The

5 requested documents and things must be produced within thirty (30) days of the service of these

6 requests, or at such other time as may be mutually agreed upon in writing by counsel for the parties.

7 Documents should be produced at the law offices of Desmarais LLP, 230 Park Avenue, New York,

8 NY 10169, or at such other location as may be mutually agreed upon in writing by counsel for the

9 parties.

10    **<u>DEFINITIONS AND INSTRUCTIONS</u>**

11    Cisco hereby incorporates by reference the Definitions and Instructions set forth in its First Set

12 of Requests for the Production of Documents to Poly.

13    1.    As used herein, "RoomReady" means Zeller Digital Innovations, Inc. and all of its

14 predecessors (merged, acquired, or otherwise), successors, subsidiaries, divisions, departments, and

15 affiliates thereof, and all officers, directors, principals, agents, employees, attorneys, and other persons

16 acting on their behalf.

17    2.    As used herein, "Poly Headset Product" includes without limitation the Poly Voyager,

18 Savi, Blackwire, and Encorepro product lines, and like products currently for sale or under

19 development.

20    3.    As used herein, "Poly Desktop Videoconferencing Product" includes without limitation

21 the Poly Studio P product line, and like products currently for sale or under development.

22    4.    As used herein, "Poly Soundbar Product" includes without limitation the Poly Studio,

23 Studio X30, Studio X50, and Studio X70 products, and like products currently for sale or under

24 development.

25

26

27

28

**<u>REQUESTS FOR PRODUCTION</u>**

**<u>REQUEST FOR PRODUCTION NO. 44:</u>**

Documents sufficient to identify each of Poly's transactions with RoomReady that occurred between October 1, 2019 and October 1, 2020, including the date, product(s) and/or service(s) sold, the value of the transaction, the end customer, and the Poly employee(s) responsible for each sale. A transaction with RoomReady shall be any transaction in which RoomReady was a party including as the direct customer, reseller, partner, end customer, installer, wholesaler, or distributor.

**<u>REQUEST FOR PRODUCTION NO. 45:</u>**

To the extent you had a preexisting relationship with RoomReady prior to October 1, 2019, documents sufficient to describe that relationship, including when the parties were introduced, the circumstances in which the parties were introduced, the individuals involved in the parties' introduction, each Poly employee responsible for Poly's relationship with RoomReady, and each RoomReady employee with which Poly has communicated.

**<u>REQUEST FOR PRODUCTION NO. 46:</u>**

To the extent you had a preexisting relationship with RoomReady prior to October 1, 2019, documents sufficient to identify the quantity and value of any transaction with RoomReady prior to October 1, 2019, including the date, product(s) and/or service(s) sold, the value of the transaction, the end customer, and the Poly employee(s) responsible for each transaction. A transaction with RoomReady shall be any transaction in which RoomReady was a party including as the direct customer, reseller, partner, end customer, installer, wholesaler, or distributor.

**<u>REQUEST FOR PRODUCTION NO. 47:</u>**

Any Cisco Document related to the alleged trade secrets identified in Plaintiffs' Second Amended Trade Secret Identification, that is kept, stored, backed-up, or otherwise located on any device (*e.g.*, work computer) that Poly provided to each Individually Named Defendant in connection with their employment by Poly.

**REQUEST FOR PRODUCTION NO. 48:**

Functional or hardware block diagrams for each Poly Headset Product that is or was in development after June 24, 2019, each Poly Headset Product that Poly developed since June 24, 2019, and each Poly Headset Product that Poly currently has in development.

**REQUEST FOR PRODUCTION NO. 49:**

Documents sufficient to describe each test or analysis of the effect of foam pad on sound quality that Poly performed after June 24, 2019, including whether and how any such test or analysis impacted Poly Product development.

**REQUEST FOR PRODUCTION NO. 50:**

Documents sufficient to describe each test or analysis of boomless headset designs that Poly performed after June 24, 2019, including whether and how any such test or analysis impacted Poly Product development.

**REQUEST FOR PRODUCTION NO. 51:**

Documents sufficient to describe each test or competitive analysis of Cisco's 730 series headset, including whether and how any such test or analysis impacted Poly Product development.

**REQUEST FOR PRODUCTION NO. 52:**

Documents sufficient to describe each test or competitive analysis of Cisco's 730 series mobile application, including whether and how any such test or analysis impacted Poly Product development.

**REQUEST FOR PRODUCTION NO. 53:**

Documents sufficient to describe the design of any Poly mobile application for a headset product that is or was in development after June 24, 2019.

**REQUEST FOR PRODUCTION NO. 54:**

Functional or hardware block diagrams for each Poly Desktop Videoconferencing Product that is or was in development after February 26, 2019, each Poly Videoconferencing Product that Poly developed since February 26, 2019, and each Poly Videoconferencing Product that Poly currently has in development.

1  **REQUEST FOR PRODUCTION NO. 55:**

2       Documents sufficient to describe each test or competitive analysis of Project Polaris or Cisco's

3  Webex Desk Pro product, including whether and how any such test or analysis impacted Poly Product

4  development.

5  **REQUEST FOR PRODUCTION NO. 56:**

6       Documents sufficient to describe each test or analysis of heat generation or passive cooling in

7  Poly Desktop Videoconferencing Products that Poly performed after February 26, 2019, including

8  whether and how any such test or analysis impacted Poly Product development.

9  **REQUEST FOR PRODUCTION NO. 57:**

10       Documents sufficient to describe each test or analysis of touch displays in Poly Desktop

11  Videoconferencing Products that Poly performed after February 26, 2019, including whether and how

12  any such test or analysis impacted Poly Product development.

13  **REQUEST FOR PRODUCTION NO. 58:**

14       Documents sufficient to describe each survey or analysis of either the market value of or the

15  customer demand for desktop videoconferencing products or desktop videoconferencing product

16  features Poly performed after February 26, 2019, including whether and how any such survey or

17  analysis impacted Poly Product development.

18  **REQUEST FOR PRODUCTION NO. 59:**

19       Computer-aided design files sufficient to show the mechanical structure of each Poly Desktop

20  Videoconferencing Product that Poly had in development as of February 26, 2019, each Poly Desktop

21  Videoconferencing Product that Poly developed since February 26, 2019, and each Poly Desktop

22  Videoconferencing Product that Poly currently has in development.

23  **REQUEST FOR PRODUCTION NO. 60:**

24       Functional or hardware block diagrams for each Poly Sound Bar Product that Poly had in

25  development as of February 26, 2019, each Poly Sound Bar Product that Poly developed since

26  February 26, 2019, and each Poly Sound Bar Product that Poly currently has in development.

27

28

**REQUEST FOR PRODUCTION NO. 61:**

Documents sufficient to describe each acoustic test or analysis of Poly Sound Bar Products, including but not limited to any test or analysis of echo suppression or cancellation, that Poly performed after February 26, 2019, including whether and how any such test or analysis impacted Poly Product development.

**REQUEST FOR PRODUCTION NO. 62:**

Computer-aided design files sufficient to show the mechanical structure of each Poly Sound Bar Product that Poly had in development as of February 26, 2019, each Poly Sound Bar Product that Poly developed since February 26, 2019, and each Poly Sound Bar Product that Poly currently has in development.

**REQUEST FOR PRODUCTION NO. 63:**

Documents sufficient to describe each test or analysis of Cisco's Project Hopen, Project Havella, Room Kit, or Room Kit Mini, that Poly performed after February 26, 2019, including whether and how any such test or analysis impacted the design of a Poly Product.

**REQUEST FOR PRODUCTION NO. 64:**

Documents sufficient to describe each survey or analysis of either the market value of or the customer demand for videoconferencing panels/displays or videoconferencing panel/display features, such as IOT sensing and room scheduling, Poly performed after February 26, 2019, including whether and how such survey or analysis impacted Poly Product development.

**REQUEST FOR PRODUCTION NO. 65:**

Documents sufficient to describe each survey or analysis of the market value of or the customer demand for multi-platform phones or multi-platform phone features Poly performed after February 26, 2019, including whether and how such survey or analysis impacted Poly Product development.

**REQUEST FOR PRODUCTION NO. 66:**

Documents sufficient to describe collaboration software involving wireless sharing that Poly had in development as of September 7, 2019, collaboration software involving wireless sharing that Poly developed since September 7, 2019, and collaboration software involving wireless sharing that

1   Poly currently has in development, including whether and how any such development changed after

2   September 7, 2019.

3   **REQUEST FOR PRODUCTION NO. 67:**

4          Any Poly document referencing the Cisco project or program names identified in Cisco's trade

5   secret disclosure (*e.g.*, Sunkist, Polaris, Hopen, Havella, Vecchio, Zootopia, Rialto, Liberator, Project

6   X).

7   **REQUEST FOR PRODUCTION NO. 68:**

8          Documents relating to any investigation(s) Poly undertook with respect to the allegations set

9   forth in the Second Amended Complaint, including the findings and/or results of any such

10  investigation, and potential adverse or corrective personnel actions as the result of any such

11  investigation.

12  **REQUEST FOR PRODUCTION NO. 69:**

13         Documents referring to, relating to, summarizing, constituting, describing, or restating market

14  or sales forecasts, market studies or analyses, competitive assessments, strategic plans, corporate

15  intelligence reports, sales predictions, sales estimates, or sales data for Poly Desktop

16  Videoconferencing Products, Poly Sound Bar Products, or Poly Headset Products that are or were in

17  development from 2019 to present.

18  **REQUEST FOR PRODUCTION NO. 70:**

19         Business plans, analyses, budgets, forecasts, proposals, or sale or profit projections relating to

20  any actual or potential business involving the sale of Poly Desktop Videoconferencing Products, Poly

21  Sound Bar Products, or Poly Headset Products, including without limitation annual budgets, annual

22  reports, annual plans, or multi-year plans or reports.

23  **REQUEST FOR PRODUCTION NO. 71:**

24         Documents sufficient to identify the structure and function of any product identified in Poly's

25  response to Interrogatory No. 1.

26  **REQUEST FOR PRODUCTION NO. 72:**

27         To the extent you contend that any trade secret identified in Cisco's trade secret disclosure is

28

1   generally known and/or publicly available, any documents evidencing the same.

2   **REQUEST FOR PRODUCTION NO. 73:**

3       All documents relating to or concerning each affirmative defense asserted by You, or which

4   You intend to assert, in this litigation.

5   **REQUEST FOR PRODUCTION NO. 74:**

6       Pursuant to the stipulated ESI order (Dkt. 190), each email (including attachments and full

7   families) from each custodian listed in the table below, from the timeframe indicated for each such

8   custodian, and that includes one or more of the search terms listed for each such custodian[1].   These

9   requests include any responsive email (including attachments and full families) sent, received, drafted,

10  modified, duplicated, and/or deleted that satisfies the aforementioned parameters, regardless of when

11  any such document was created.

12

| **Custodian** | **Timeframe** | **Search Term** |
|---|---|---|
| Wilson Chung | Feb. 26, 2019 - present | Cisco AND (headset OR "head set") AND Bluetooth |
| | | qcc512* OR (qualcom* /5 512&) OR (QC /5 512*) |
| | | DFV9* |
| | | Zootopia |
| | | tx2 |
| | | passive /5 cooling |
| | | heatsink OR (heat /5 sink) OR (thermal /5 sink) |
| | | camera AND (proximity /5 sensor) |

---

[1] Terms shall not be case sensitive, and shall employ wildcards (such that, for example, a search for "interface" returns a hit on "interfaces." Any syntax processing issues shall be immediately raised to Cisco for correction.

| | | |
|---|---|---|
| | | Polaris OR (Cisco AND (desk /3 pro)) |
| | | touch /10 module |
| | | (IOT OR (internet /3 things)) /10 sensor |
| | | "Room Kit" OR Hopen OR Havella |
| | | Vecchio OR (Cisco AND touch AND controller) |
| James He | June 24, 2019 (or the start date of Mr. He's employment at Poly, if some other date) – August 31, 2019 (or the end date of Mr. He's employment at Poly) | Cisco AND (headset OR "head set") AND (BT OR bluetooth OR "blue tooth") |
| | | (BT OR bluetooth OR "blue tooth") /10 ant* |
| | | ANC OR (acoustic /5 cancel*) |
| | | (headset OR "head set") AND (boomless OR "boom less") |
| | | (headset OR "head set") AND (dual /5 mic*) |
| | | mic* /10 integrat* |
| | | Foam /10 RMS |
| | | (headset OR "head set") /10 binaural |
| | | BGT OR (back* /3 talk*) |
| | | sunkist OR (Cisco AND (headset OR "head set") AND |

|  |  | (700 OR 73*)) |
|---|---|---|
|  |  | NFC /5 pair* |
|  |  | (Visible OR LED) /5 busy |
|  |  | Mic* AND (speech /10 suppress*) |
| Wilson Chung's Manager (Cisco wishes to discuss identification of the appropriate individual with Poly) | Feb. 26, 2019 – present (unless identified individual has since left Dr. Chung's business unit) | Cisco AND (headset OR "head set") AND Bluetooth |
|  |  | qcc512* OR (qualcom* /5 512&) OR (QC /5 512*) |
|  |  | DFV9* |
|  |  | Cyclone |
|  |  | tx2 |
|  |  | passive /5 cooling |
|  |  | heatsink OR (heat /5 sink) OR (thermal /5 sink) |
|  |  | camera AND (proximity /5 sensor) |
|  |  | Polaris OR (Cisco AND (desk /3 pro)) |
|  |  | touch AND eeti |
|  |  | (backlit OR (back /3 li*)) /10 touch |
|  |  | Exynos |
|  |  | Vecchio OR (Cisco AND touch AND controller) |
| Jedd Williams | October 15, 2019 – present | Cisco AND (layoff OR LR OR restructuring) |

| | | |
|---|---|---|
| | | Cisco /10 booking |
| | | Cisco AND GSP |
| | | Cisco AND ASP |
| | | Cisco /10 partner |
| | | Cisco /10 pipeline |
| | | RoomReady OR ZDI |
| | | Liberator |
| | | sunkist OR (Cisco AND (headset OR "head set") AND (700 OR 73*)) |
| | | Cisco AND (lighthouse OR "light house") |
| | | Dongle /10 Cisco |
| | | Cisco /10 forecast |
| | | Cisco AND (collab* /10 growth) |
| Thomas Puorro | Feb. 26, 2019 – June 15, 2021 | sunkist OR (Cisco AND (headset OR "head set") AND (700 OR 73*)) |
| | | Dongle /10 Cisco |
| | | RoomReady OR ZDI |
| | | Cisco AND (layoff OR LR OR restructuring) |
| | | heatsink OR (heat /5 sink) OR (thermal /5 sink) |
| | | camera AND (proximity /5 sensor) |

| | | |
|---|---|---|
| | | Polaris OR (Cisco AND (desk /3 pro)) |
| | | ANC OR (acoustic /5 cancel*) |
| | | (headset OR "head set") AND (boomless OR "boom less") |
| | | (headset OR "head set") AND (dual /5 mic*) |
| | | mic* /10 integrat* |
| | | touch AND eeti |
| | | (backlit OR (back /3 li*)) /10 touch |

Dated: September 27, 2021          By:     */s/ Carson Olsheski*

John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Steven M. Balcof (admitted *pro hac vice*)
sbalcof@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
colsheski@desmaraisllp.com
David A. Frey (admitted *pro hac vice*)
dfrey@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, a true and correct copy of the foregoing was served by transmission via electronic mail to the following counsel of record.

*Attorney for Wilson Chung*
Daniel Muller
dmuller@venturahersey.com

*Attorneys for Plantronics, Inc. & Thomas Puorro*
Russell Hayman
rhayman@mwe.com
Jon Dean
jdean@mwe.com
Jason Strabo
jstrabo@mwe.com
Marissa Krumm
mkrumm@mwe.com
Tala Jayadevan
tjayadevan@mwe.com

Dated: September 27, 2021        By:   */s/ Carson Olsheski*