UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br>　　　　Plaintiffs,<br>　　v.<br>WILSON CHUNG, et al.,<br>　　　　Defendants. | Case No. 19-cv-07562-PJH<br><br>**ORDER OF REFERENCE TO DISCOVERY MASTER**<br><br>Re: Dkt. 192, 198, 201, 202 |

　　　　The parties in the above-captioned case have filed a joint stipulation for appointment of a discovery master to resolve discovery disputes now pending and any potential future discovery disputes.  See Dkt. 202.

　　　　The parties' stipulation for appointment of a discovery master is GRANTED.  Hon. Wayne D. Brazil is hereby appointed as discovery master.  All pending and future discovery disputes in this case are referred to the discovery master for resolution.  The decisions of the discovery master shall be binding upon the parties, with no right of review by the district court, except in the limited circumstances described in the parties' stipulation – namely, issues concerning attorney-client privilege, common interest privilege, joint defense privilege, and/or work-product immunity, and one "single motion review" per party, which may be reviewed by the district court de novo.

　　　　The parties shall contact Judge Brazil at wbrazil@jamsadr.com to arrange a procedure for resolving discovery disputes.  As to the three already-pending discovery disputes (Dkt. 192, 198, 201) and related motion to seal (Dkt. 191), the court will send the briefs and exhibits to Judge Brazil, and the parties shall file Judge Brazil's decisions on the court's docket.

　　　　However, going forward, to avoid cluttering the docket, the parties need not file on the docket any letters or briefs regarding any potential future discovery disputes.  The

parties can instead send their briefs directly to Judge Brazil.  The parties similarly need not file on the docket any of Judge Brazil's decisions on those potential future discovery disputes.

Additionally, if the parties seek review of any of Judge Brazil's orders under the limited circumstances provided in the parties' stipulation, the parties shall then file on the docket the decision for which they are seeking review, along with the documents underlying that dispute.

**IT IS SO ORDERED.**

Dated: December 21, 2021

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge