Hon. Wayne D. Brazil (Ret.) (State Bar No. 65283)

JAMS

Two Embarcadero Center, Suite 1500

San Francisco, CA 94111

Telephone: (415) 982-5267

Fax: (415) 982-5287

wbrazil@jamsadr.com

SPECIAL MASTER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.<br><br>Plaintiff,<br><br>vs.<br><br>PLANTRONICS, INC., et al.<br><br>Defendants. | CASE NO. 4:19-cv-07562-PJH<br><br>JAMS Reference No. 1100113090<br><br>**SECOND ORDER RE DISCOVERY DISPUTES** |

  On February 24, 2022, the Special Master (Master) conducted a lengthy conference with counsel to discuss multiple pending disputes about discovery. Mr. Olsheski, Mr. Wilcox, Mr. Balcof, Mr. Speckhard, and Ms. Dang appeared for Plaintiff. Ms. Lowery, Mr. Dean, and Ms. Jayadevan appeared for Plantronics. Mr. Muller appeared for Mr. Chung.

  Through counsel, Cisco reported that, with the exception of material related to damages, it has completed the production of documents that it has agreed to produce in response to the RFPs from Poly.

1

After considerable discussion, the Master issued ORDERS orally, some of which are captured in this summary.

1. With respect to emails or other electronically stored documents or communications, Poly must provide Cisco with a list of ESI search terms that it asks Cisco to use when attempting to locate emails or communications that reflect or suggest any involvement in or contributions by Dr. Chung, Mr. He, or Mr. Puorro to any of the disclosed trade secrets.

Poly must provide these proposed ESI search terms by March 4, 2022.

2. By March 17, 2022, Cisco must deliver to Poly and to the Master a document in which it separately:

a. Identifies the material in its Disclosure that it contends continues to enjoy protection as a trade secret even after the commercial launch of any product that incorporates the trade secret.

b. Identifies the material in its Disclosure that was a trade secret at the time of the alleged misappropriations but that no longer enjoys protection as a trade secret.

c. Identifies proper nouns, elements, features or components of products, or materials or parts of materials in its Disclosure that it does not contend constitute, standing alone, protectable trade secrets.

d. For common or well known services, systems, products – or components or features of products – describes how the well known feature, component, or product becomes part of a trade secret, e.g., what is new and valuable about how that component, feature, or product is unusually used in or integrated into a secret or set of secrets in Cisco's Disclosures.

3. By 4:00 p.m. on Tuesday, March 1, 2022, counsel for Poly must submit a letter to Cisco and the Master that identifies any significant RFPs or interrogatories as to which there remain *material* deficiencies in Cisco's responses.

4. By 4:00 p.m. on Thursday, March 3, 2022, counsel for Cisco must submit a letter to Poly and the Master that is responsive to Poly's letter of March 1st.

After taking into account the information and argument in these letters, as well as earlier briefing on Poly's discovery requests, the Master will issue rulings on any remaining disputes arising out of Poly's RFPs and/or interrogatories.

5. By March 10, 2022, Cisco must produce unprivileged communications it sent to or received from law enforcement agencies that relate to the misappropriations it alleges in this case.

IT IS SO ORDERED.

Date: February 25, 2022.

_____
Hon. Wayne D. Brazil (Ret.)
Discovery Special Master

## PROOF OF SERVICE BY E-Mail

Re: Cisco Systems, Inc., et al. vs. Plantronics, Inc., et al.
Reference No. 1100113090

      I, Aimee Hwang, not a party to the within action, hereby declare that on February 25, 2022, I served the attached SECOND ORDER RE DISCOVERY DISPUTES on the parties in the within action by electronic mail at San Francisco, CALIFORNIA, addressed as follows:

John M. Desmarais Esq.
Justin P.D. Wilcox Esq.
Steven M. Balcof Esq.
Desmarais LLP
230 Park Ave.
New York, NY   10169
Phone: 212-351-3400
jdesmarais@desmaraisllp.com
jwilcox@desmaraisllp.com
sbalcof@desmaraisllp.com
   Parties Represented:
   Cisco Systems, Inc.
   Cisco Technology, Inc.

Carson J. Olsheski Esq.
Eric G. Speckhard Esq.
Desmarais LLP
230 Park Ave.
New York, NY   10169
Phone: 212-351-3400
colsheski@desmaraisllp.com
especkhard@desmaraisllp.com
   Parties Represented:
   Cisco Systems, Inc.
   Cisco Technology, Inc.

Jon S. Dean Esq.
Russell Hayman Esq.
Jason D. Strabo Esq.
McDermott, Will & Emery LLP
2049 Century Park East
Suite 3200
Los Angeles, CA   90067-3208
Phone: 310-277-4110
jdean@mwe.com
rhayman@mwe.com
jstrabo@mwe.com
   Parties Represented:
   Plantronics, Inc.
   Thomas Puorro

Michelle S. Lowery Esq.
Melvin B. Wu
McDermott, Will & Emery LLP
2049 Century Park East
Suite 3200
Los Angeles, CA   90067-3208
Phone: 310-277-4110
mslowery@mwe.com
mwu@mwe.com
   Parties Represented:
   Plantronics, Inc.
   Thomas Puorro

| | |
|---|---|
| Daniel J. Muller Esq.<br>Ventura Hersey & Muller, LLP<br>1506 Hamilton Ave.<br>San Jose, CA   95125<br>Phone: 408-512-3022<br>dmuller@venturahersey.com<br>   Parties Represented:<br>   Wilson Chung | Sumeet Dang Esq.<br>Desmarais LLP<br>1701 Pennsylvania Avenue NW<br>Suite 200<br>Washington, DC   20006<br>Phone: 202-451-4926<br>sdang@desmaraisllp.com<br>   Parties Represented:<br>   Cisco Systems, Inc.<br>   Cisco Technology, Inc. |

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on  February 25, 2022.

_____
Aimee Hwang
JAMS
ahwang@jamsadr.com