UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILSON CHUNG, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07562-PJH<br><br>**ORDER RE COMPLIANCE WITH CIVIL LOCAL RULE 79-5**<br><br>Re: Dkt. No. 241-1, 250-1, 254-1, 257-1, 259-1, 262-1, 271-2, 295-1, 296-1 |

　　　　The parties in the above-captioned case have filed numerous motions to seal under Civil Local Rule 79-5.  Many of the parties' filings do not comply with L.R. 79-5(e)(2), which expressly requires that the parties "must highlight the portions for which sealing is sought" when filing unredacted versions of the papers.  In particular, Dkt. 241-1, 254-1, 257-1, 259-1, 262-1, 271-1, 295-1, and 296-1 filed by defendant Plantronics' counsel are not in compliance with the rule, and Dkt. 250-1 filed by defendant Chung's counsel is not in compliance with the rule.

　　　　Those parties are directed to file corrected versions of those filings, no later than December 9, 2022.  All parties are further advised to review the other motions to seal on the docket to ensure compliance with the rule, and also advised to ensure compliance with the rule on any future motions to seal.

　　　　**IT IS SO ORDERED.**

Dated:  December 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge