John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Steven M. Balcof (admitted *pro hac vice*)
sbalcof@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
colsheski@desmaraisllp.com
Sumeet P. Dang (admitted *pro hac vice*)
sdang@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>WILSON CHUNG, JAMES HE, JEDD WILLIAMS, and THOMAS PUORRO, individuals, and PLANTRONICS, INC. dba POLY, a Delaware Corporation<br><br>Defendants. | Case No. 4:19-CV-07562<br><br>**STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING** |

**STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING**

Pursuant to Local Rule 6-2, Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. (collectively, "Cisco"), and Defendant Thomas Puorro ("Mr. Puorro") by and through their respective counsel of record, hereby stipulate, subject to the Court's approval, to extend the deadlines in the operative case schedule (D.I. 216), as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Cisco to File Opposition to Mr. Puorro's Motion for Summary Judgment | December 7, 2022 | December 14, 2022 |
| Deadline for Mr. Puorro to File Reply for Summary Judgment | December 21, 2022 | January 4, 2023 |

Pursuant to Local Rule 6-2, the attached Declaration of Sumeet Dang, filed concurrently herewith, sets forth with particularity the reasons for the requested enlargement of time; discloses all previous time modifications in the case, whether by stipulation or Court order; and describes the effect the requested time modification would have on the schedule for the case.

Respectfully submitted,

Dated: December 5, 2022

DESMARAIS LLP

By: */s/ Sumeet P. Dang*
John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com

|   |   |
|---|---|
| 1 | Tamir Packin (SBN 317249) |
|   | tpackin@desmaraisllp.com |
| 2 | Steven M. Balcof (admitted *pro hac vice*) |
|   | sbalcof@desmaraisllp.com |
| 3 | Carson Olsheski (admitted *pro hac vice*) |
|   | colsheski@desmaraisllp.com |
| 4 | Sumeet P. Dang (admitted *pro hac vice*) |
|   | sdang@desmaraisllp.com |
| 5 | DESMARAIS LLP |
| 6 | 230 Park Avenue |
|   | New York, NY 10169 |
| 7 | (212) 351-3400 |
| 8 | *Attorneys for Plaintiffs* |
| 9 |   |
| 10 | By: /s/ *Michelle Lowery* |
|   | Russell Hayman (SBN 110643) |
| 11 | rhayman@mwe.com |
|   | Jon Dean (SBN 184972) |
| 12 | jdean@mwe.com |
|   | Jason D. Strabo (SB 246426) |
| 13 | jstrabo@mwe.com |
|   | Michelle Lowery (SBN 302882) |
| 14 | mslowery@mwe.com |
|   | Tala Jayadevan (SB 288121) |
| 15 | tjayadevan@mwe.com |
| 16 | McDERMOTT WILL & EMERY LLP |
|   | 2049 Century Park East, Suite 3200 |
| 17 | Los Angeles, California 90067 |
|   | (310) 277-4110 |
| 18 |   |
| 19 | Amol Parikh (admitted *pro hac vice*) |
|   | amparikh@mwe.com |
| 20 | Katherine M. O'Connor (admitted *pro hac vice*) |
|   | koconnor@mwe.com |
| 21 | Han Cui (admitted *pro hac vice*) |
| 22 | hcui@mwe.com |
|   | McDERMOTT WILL & EMERY LLP |
| 23 | 444 West Lake Street, Suite 4000 |
|   | Chicago, IL 60606 |
| 24 | Telephone: +1 312 372 2000 |
|   | Facsimile: +1 312 984 7700 |
| 25 |   |
| 26 | *Attorneys for Defendant Thomas Puorro* |
| 27 |   |
| 28 |   |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the pretrial schedule is amended, and the new pretrial schedule is as stipulated by the Parties above.

Dated: December 6, 2022

/s/ *Phyllis J. Hamilton*

Hon. Phyllis J. Hamilton
United States District Judge

John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Steven M. Balcof (admitted *pro hac vice*)
sbalcof@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
colsheski@desmaraisllp.com
Sumeet P. Dang (admitted *pro hac vice*)
sdang@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>WILSON CHUNG, JAMES HE, JEDD WILLIAMS, and THOMAS PUORRO, individuals, and PLANTRONICS, INC. dba POLY, a Delaware Corporation<br><br>Defendants. | Case No. 4:19-CV-07562<br><br>**DECLARATION OF SUMEET DANG IN SUPPORT OF STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING** |

I, Sumeet Dang, declare as follows:

1. I am an associate with the law firm of Desmarais LLP, attorneys for Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc.

2. If called as a witness, I could and would competently testify to the following facts, which are known to me of my own personal knowledge.

3. Cisco and Mr. Puorro are engaged in settlement discussions that, if successful, would fully and completely resolve Cisco's claims against Mr. Puorro.

4. Cisco and Mr. Puorro agree that a one-week extension to Cisco's opposition to Mr. Puorro's motion for summary judgment would facilitate those ongoing settlement discussions.

5. Pursuant to Local Rule 6-2(a)(2), the Court has previously issued the following time modifications in this case: Dkt. 19 (Dec. 11, 2019 stipulation extending Mr. He's deadline to respond to Complaint to Jan. 9, 2020); Dkt. 33 (Jan. 9, 2020 stipulation extending Mr. He's deadline to respond to First Am. Compl. ("FAC") to Feb. 10, 2020); Dkt. 34 (Jan. 17, 2020 stipulation extending Dr. Chung's deadline to respond to FAC to Feb. 10, 2020); Dkt. 103 (June 4, 2020 Order extending Defendants' deadline to respond to Plaintiffs' Motion for Protective Order to June 5, 2020); Dkt. 140 (Sept. 15, 2020 stipulation extending Plaintiffs' deadline to respond to Administrative Motion to Seal to Sept. 21, 2020); Dkt. 145 (Sept. 24, 2020 stipulation extending Plaintiffs' deadline to respond to Motion for Protective Order and Motion to Strike to Oct. 1, 2020); Dkt. 153 (Oct. 6, 2020 stipulation extending Defendants' deadline to respond to Administrative Motion to File Under Seal to Oct. 12, 2020); Dkt. 195 (November 9, 2021 order granting motion to extend pretrial case schedule by approximately 120 days); Dkt. 216 (April 4, 2022 order granting stipulation to extend case schedule by approximately 100 days); Dkt. 223 (July 1, 2022 order approving stipulation to extend period for depositions by approximately 30 days); Dkt. 227 (July 28, 2022 order approving stipulation to extend expert report deadlines by approximately one week).

6. The parties' proposed extension would not result in changing any subsequent case deadlines currently set by the Court.

| | |
|---|---|
| Dated: December 5, 2022 | */s/ Sumeet Dang* |
| | Sumeet Dang |