RUSSELL HAYMAN (SBN 110643)
rhayman@mwe.com
JON DEAN (SBN 184972)
jdean@mwe.com
JASON D. STRABO (SBN 246426)
jstrabo@mwe.com
MICHELLE LOWERY (SBN 302882)
mslowery@mwe.com
TALA JAYADEVAN (SBN 288121)
tjayadevan@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
(310) 277 4110

AMOL PARIKH (admitted *pro hac vice*)
amparikh@mwe.com
KATHARINE M. O'CONNOR (admitted *pro hac vice*)
koconnor@mwe.com
HAN CUI (admitted *pro hac vice*)
hcui@mwe.com
McDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606
(312) 372 2000

Attorneys for Defendant
PLANTRONICS, INC.

# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, CISCO TECHNOLOGY, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>WILSON CHUNG, JAMES HE, JEDD WILLIAMS, and THOMAS PUORRO, individuals, and PLANTRONICS, INC. dba POLY, a Delaware Corporation<br><br>Defendants. | CASE NO. 4:19-cv-07562-PJH<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS'** ***DAUBERT*** **MOTIONS AND ORDER** |

# STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' *DAUBERT* MOTIONS

Pursuant to Civil L.R. 6-2, Defendant Plantronics, Inc. ("Poly") and Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. (collectively, "Cisco"), by and through their respective counsel of record, hereby stipulate, subject to the Court's approval, to extend the deadlines applicable under Civil L.R. 7-3 for Poly's oppositions to Cisco's five *Daubert* motions, ECF Nos. 340, 343, 346, 350, and 353, as well as for Cisco's replies to Poly's oppositions. Poly and Cisco stipulate to the following deadlines for Poly's oppositions and Cisco's replies:

| Event | Current Deadline Under Civil L.R. 7-3 | New Deadline |
|---|---|---|
| Poly's Oppositions to Cisco's *Daubert* Motions to Exclude Certain Opinions of Mr. Anthony Ferrante, Dr. Easttom II, Dr. Alex Kattamis, Dr. James Brenna, Mr. James Malackowski | February 3, 2023 | February 17, 2023 |
| Cisco's Replies to Poly's Oppositions | February 10, 2023 | March 3, 2023 |
| Hearing on Cisco's *Daubert* Motions | March 2, 2023 at 1:30 p.m. | March 23, 2023 at 1:30 p.m. |

Pursuant to Civil L.R. 6-2, the attached Declaration of Michelle Lowery, filed concurrently herewith, sets forth with particularity the reasons for the requested enlargement of time; discloses all previous time modifications in the case, whether by stipulation or Court order; and describes the effect the requested time modification would have on the schedule for the case.

The parties agree that they do not waive any defenses by signing this stipulation.

/

/

/

/

/

STIPULATION REGARDING BRIEFING         - 2 -
SCHEDULE FOR PLAINTIFFS' MOTIONS FOR
SPOLIATION SANCTIONS
Case No.: 4:19-CV-07562-PJH

DM_US 192967866-6.074958.0018

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: January 25, 2023 | MCDERMOTT WILL & EMERY LLP |

By: */s/ Michelle Lowery*
Russell Hayman (SBN 110643)
rhayman@mwe.com
Jon Dean (SBN 184972)
jdean@mwe.com
Jason D. Strabo (SB 246426)
jstrabo@mwe.com
Michelle Lowery (SBN 302882)
mslowery@mwe.com
Tala Jayadevan (SBN 288121)
tjayadevan@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067
(310) 277-4110

Amol Parikh (admitted *pro hac vice*)
amparikh@mwe.com
Katharine M. O'Connor (admitted *pro hac vice*)
koconnor@mwe.com
Han Cui (admitted *pro hac vice*)
hcui@mwe.com
McDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606
(312) 372 2000
*Attorneys for Defendant Plantronics, Inc.*

By: */s/ Carson Olsheski*
John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
(415) 573-1900

Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com

STIPULATION REGARDING
BRIEFING SCHEDULE FOR
PLAINTIFFS' *DAUBERT* MOTIONS
Case No.: 4:19-CV-07562-PJH

- 3 -

DM_US 192967866-6.074958.0018

Steven M. Balcof (admitted *pro hac vice*)
sbalcof@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
colsheski@desmaraisllp.com
Sumeet P. Dang (admitted *pro hac vice*)
sdang@desmaraisllp.com
Julianne M. Thomsen (admitted *pro hac vice*)
jthomsen@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
*Attorneys for Cisco*

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the briefing schedule for Cisco's *Daubert* motions is amended, and the new briefing schedule is as stipulated by the Parties above.

Dated: ___January 27___, 2023

_____
Hon. Phyllis J. Hamilton
Judge of the United States District Court for the Northern District of California

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' *DAUBERT* MOTIONS
Case No.: 4:19-CV-07562-PJH

- 4 -

DM_US 192967866-6.074958.0018