# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## <u>CIVIL MINUTES</u>

**Date: February 2, 2023 (Time: 2 hours, 30 minutes)  JUDGE:  Phyllis J. Hamilton**

**Case No:** 19-cv-07562-PJH
**Case Name: Cisco Systems, Inc., et al. v. Chung, et al.**

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | **Carson Olsheski; Julianne Thomsen; Sumeet Dang; Justin Wilcox; Karen Lu, Client Representative** |
| **Attorney(s) for Defendant:** | **Jon Dean; Russell Hayma Tala Jayadean; Michelle Lowry for Plantronics** |
| | **Daniel Muller for Wilson Chung** |

**Deputy Clerk: Kelly Collins          Court Reporter: Raynee Mercado**

### PROCEEDINGS

Plaintiffs' Motion for Summary Judgment-HELD. The Court takes the matter under submission.

Defendant Wilson Chung's Motion for Summary Judgment-HELD. The Court takes the matter under submission.

Defendant Plantronic's Motion for Summary Judgment-HELD. The Court takes the matter under submission.

Defendant Plantronic's Motion to Exclude Testimony of Andrew Crain-HELD. The Court takes the matter under submission.

Defendant Plantronic's Motion to Exclude the Expert Testimony of Dominic Persechini -HELD. The Court takes the matter under submission.

Defendant Plantronic's Motion to Exclude the Expert Testimony of Alan Ball-HELD. The Court takes the matter under submission.

**Order to be prepared by:   [] Pl [] Def [X] Court**

**cc: chambers**