UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al., <br> Plaintiffs, <br> v. <br> WILSON CHUNG, et al., <br> Defendants. | Case No. 19-cv-07562-PJH <br><br> **JUDGMENT** |

The issues having been duly heard and the court having granted defendants' motions for summary judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: March 22, 2023

　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge