UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILSON CHUNG, et al.,<br><br>    Defendants. | Case No. 19-cv-07562-PJH<br><br>**ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**<br><br>Re: Dkt. No. 397 |

The parties have submitted a stipulation regarding Poly's pending attorneys' fee motion and bill of costs. See Dkt. 397. The stipulation is GRANTED, with the exception of the new proposed hearing date, which the parties have inadvertently selected as Saturday, May 27, 2023. The current hearing date on May 11, 2023 is vacated, and if the court determines that a hearing is necessary after reviewing the parties' papers, it will set a hearing for a date after June 1, 2023.

**IT IS SO ORDERED.**

Dated: April 13, 2023

                                                    /s/ *Phyllis J. Hamilton*
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge